UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

FELIPE FERNANDEZ, ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

                                 Civil Action No:
                                 1:25-cv-3753

                         Plaintiff,

  -v.-
  YALEET, INC.

                         Defendants.

--------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

     Please take notice that parties have settled the above-referenced case. This settlement is

contingent upon the execution of a written settlement agreement. The case will be dismissed with

prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the

date of this notice. Please vacate all currently scheduled dates in this matter.


DATED, this 29th day of September, 2025

                      */s/ Rami Salim*
                      Rami Salim, Esq.
                      rsalim@steinsakslegal.com
                      Stein Saks, PLLC
                      One University Plaza, Suite 620
                      Hackensack, NJ 07601
                      Tel: (201) 282-6500
                      Fax: (201) 282-6501

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 29, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Rami Salim*
Rami Salim

3